O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS,<br><br>    Petitioner,<br><br>    vs.<br><br>K. HARRINGTON, Warden,<br><br>    Respondent. | Case No. CV 09-6823-JSL (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. Objections to the Superseding Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Superseding Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

Dated: Nov. 8, 2011

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1