JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>K. HARRINGTON, Warden,<br><br>　　　　Respondent. | Case No. CV 09-6823-JSL (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: Nov. 8, 2011

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE